A10A1850. GREENE COUNTY SCHOOL DISTRICT v. CIRCLE Y
CONSTRUCTION, INC.
(739 SE2d 801)

MILLER, Judge.

In *Greene County School Dist. v. Circle Y Constr.*, 291 Ga. 111 (728 SE2d 184) (2012), the Supreme Court of Georgia vacated Division 1 of this Court's opinion in *Greene County School Dist. v. Circle Y Constr.*, 308 Ga. App. 837 (708 SE2d 692) (2011), that construed OCGA § 20-2-506. Therefore, we adopt the opinion of the Supreme Court as our own and vacate that portion of Division 1 of our earlier opinion that construed OCGA § 20-2-506.

*Judgment affirmed in part and vacated in part. Phipps, P. J., and McFadden, J., concur.*

DECIDED MARCH 13, 2013.

*Harben, Hartley & Hawkins, J. Stanley Hawkins, Reagan G. Sauls*, for appellant.

*Brenda H. Trammell*, for appellee.